IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| T.G., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:23-cv-001433-MJM |
| MARYLAND DEPARTMENT OF HUMAN SERVICES, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROPOSED ORDER**

Having considered Plaintiffs' Motion to reopen their Motion for Class Certification and Appointment of Class Counsel [ECF 2], and for good cause shown, Plaintiffs' motion is hereby **GRANTED**, and it is **ORDERED**, this _____ day of January, 2026:

1. Plaintiffs' Motion for Class Certification is reopened.

2. After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court **GRANTS** Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. The Court hereby finds that Plaintiffs have satisfied the requirements for class certification under Federal Rules of Civil Procedure 23(b)(2) and (3). Specifically, Petitioners have demonstrated that (1) members of the proposed class are so numerous that joinder is impracticable; (2) there are questions of law and fact common to the class; (3) the claims of the petitioners are typical of the claims of the class members; and that (4) the Named Plaintiffs and their counsel, as representatives of the class, will fairly and adequately protect the interests of the class. Additionally, this court provisionally finds that Defendants have acted on grounds generally applicable to the class in its entirety, thereby making appropriate final injunctive and declaratory relief for all class members. The Court further finds that the questions of law or fact

common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

3.     In light of the above, this Court grants the Plaintiffs' motion and certifies the following class: "[a]ll Maryland children in the custody of a local Department of Social Services who are now, or who will be, placed in a hospital even though they have been determined by their medical providers or an ALJ to not require hospitalization and in need of a non-hospital or non-institutional placement, or who are at imminent risk of continued placement in hospitals without medical necessity, with the exception of children in the custody of the Baltimore City Department of Social Services."

4.     Mitchell Y. Mirviss, Leslie Seid Margolis, and Luciene Parsley are appointed Class Counsel in the above-named action.

SO ORDERED.

_____
Judge, U.S. District Court for the District of Maryland

cc: All counsel/parties of record