UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| T.G., by his next friend, BEVERLY SCHULTERBRANDT, *et al.,* | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 8:23-cv-01433-MJM |
| MARYLAND DEPARTMENT OF HUMAN SERVICES, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * *

ORDER

Having considered Plaintiffs' Consent Motion to Revise the Parties' Proposed Briefing Schedule for Class Certification, and for good cause shown, Plaintiffs' motion is hereby GRANTED, and it is ORDERED, this 23rd day of April, 2026:

1. Plaintiffs shall file their Reply to Defendants' Opposition to Class Certification no later than thirty (30) days after depositions are completed;
2. Plaintiffs shall file their Opposition to Defendants' Motion to Exclude no later than thirty (30) days after depositions are completed;
3. Defendants shall file their Reply to Plaintiffs' Oppositions to Defendants' Motion to exclude no later than 29 (twenty-nine) days after Plaintiffs' Opposition is filed.

SO ORDERED.

/S/
Matthew J. Maddox
Judge, U.S. District Court for Maryland

cc: All counsel/parties of record