**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

T.G., BY HIS NEXT FRIEND,
BEVERLY SCHULTERBRANDT, ET AL.

*Plaintiffs*,
v.

MARYLAND DEPARTMENT OF HUMAN SERVICES, et al.,

*Defendants*.

Civil Action No.: 8:23-cv-01433-MJM

**MOTION FOR LEAVE OF COURT FOR ELISE SONG KURLANDER TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS**

Under Local Rule 101.2, Elise Song Kurlander, Assistant Attorney General, seeks leave of court to withdraw her appearance as counsel for Defendants, stating as follows:

1. In accordance with Local Rule 101.2, Ms. Song Kurlander seeks leave of court to withdraw her appearance as counsel for all Defendants in this case. (ECF 15).

2. Defendants will be represented by Assistant Attorneys General, Ann Sheridan (ECF 78), Barry Dalin (ECF 29), and Caitlin Miller (ECF 101), with the assistance of counsel, Philip J. Peisch (ECF 100) and Julia Seigenberg (ECF 107) of Brown and Peisch.

WHEREFORE, leave of court should be granted for Elise Song Kurlander to withdraw as counsel for Defendants. A proposed order is provided herewith.

Dated: April 26, 2026

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

*/s/_Elise Song Kurlander*
ELISE SONG KURLANDER (Federal Bar #23186)
Assistant Attorney General
Office of the Attorney General
Maryland Department of Human Services
25 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
elise.song@maryland.gov
(410) 767-7726 (office)
(410) 333-0026 (fax)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of April, 2026, a copy of the foregoing Motion for Leave of Court for Elise Song Kurlander to Withdraw as Counsel for All Defendants, and proposed order were served via the CM/ECF system to all parties/counsel of record

*/s/_ Elise Song Kurlander*
Elise Song Kurlander (Federal Bar #23186)