**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

T.G., BY HIS NEXT FRIEND,
BEVERLY SCHULTERBRANDT, ET AL.

*Plaintiffs*,
v.

MARYLAND DEPARTMENT OF HUMAN SERVICES, et al.,

*Defendants*.

Civil Action No.: 8:23-cv-01433-MJM

**ORDER**

Having considered the Motion for Leave of Court for Elise Song Kurlander to Withdraw as Counsel for All Defendants, it is this 27th day of April, 2026, hereby,

ORDERED that the Motion for Leave of Court for Elise Song Kurlander to Withdraw as Counsel for All Defendants is hereby GRANTED.

/S/

Matthew J. Maddox, Judge
U.S. District Court for the District of Maryland

Cc: All counsel/parties of record